In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-520 CV


____________________



THOMAS WILSON, Appellant



V.



SUNTORY WATER GROUP BEVERAGE, INC., d/b/a


KENTWOOD SPRING WATER CO. AND d/b/a 


SIERRA SPRING WATER CO., Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-165089






MEMORANDUM OPINION (1)


 Thomas Wilson, appellant, and Suntory Water Group Beverage, Inc., d/b/a
Kentwood Spring Water Co. and d/b/a Sierra Spring Water Co., have filed a joint motion
to dismiss this appeal and the cause of action with prejudice. The parties allege they have
settled all disputes and no longer desire to pursue the appeal. The Court finds that this
motion is voluntarily made by agreement of the parties through their attorneys of record
prior to any decision of this Court. Tex. R. App. P. 42.1(a)(2). No other parties filed
notice of appeal.

 Accordingly, the motion to dismiss with prejudice is granted and the appeal and the
entire cause against Suntory Water Group Beverage, Inc., d/b/a Kentwood Spring Water
Co. and d/b/a Sierra Spring Water Co., is DISMISSED. All costs are assessed against the
incurring party.

 PER CURIAM


Opinion Delivered April 17, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.